**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PLUMBERS & PIPEFITTERS LOCAL**
**UNION NO. 295, et al.,**

        **Plaintiffs,**

**-vs-**                                           **Case No. 6:05-cv-212-Orl-22DAB**

**G & W PLUMBING CO., INC.,**

        **Defendant.**

_____

**ORDER**

This cause is before the Court on the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 29) filed on January 6, 2006.

The United States Magistrate Judge has submitted a Report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed February 1, 2006 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 29) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 26, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party