**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PLUMBERS & PIPEFITTERS LOCAL**
**UNION NO. 295, et al.,**

        **Plaintiffs,**

**-vs-**          **LEAD CASE**
        **Case No. 6:05-cv-212-Orl-22DAB**

**G & W PLUMBING CO., INC.,**

        **Defendant.**
_____

**AND**

**THE TRUSTEE OF THE PLUMBERS**
**AND PIPEFITTERS NATIONAL**
**PENSION FUND, et al.,**

        **Plaintiffs,**

**-vs-**          **Case No. 6:06-cv-184-Orl-22DAB**

**G & W PLUMBING COMPANY, INC., and**
**RONALD E. WELBORN,**

        **Defendants.**
_____

**ORDER**

This cause is before the Court on Defendants, G&W Plumbing Company, Inc. and Ronald E. Welborn's Motion for Leave and to Require Deposit of Funds in Court Registry (Doc. No. 105) filed on September 20, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied, for lack of jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 12, 2007 (Doc. No. 109) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants, G&W Plumbing Company, Inc. and Ronald E. Welborn's Motion for Leave and to Require Deposit of Funds in Court Registry (Doc. No. 105) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 30, 2007.

Copies furnished to:

United States Magistrate Judge

Counsel of Record

ANNE C. CONWAY
United States District Judge